

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE**, Jr., Individually, John H. White, III, Individually, John H. White, Jr., John H. White, III and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White, Jr. and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd, and Tuleta C. White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellants MWM Helotes Ranch, Ltd. and Myfe Moore.

SIGNED April 8, 2020.

_____
Liza A. Rodriguez, Justice